451 F.2d 1228
 Persis S. WIDERMANN, Appellant,
v.
Elliott L. RICHARDSON, Secretary of Health, Education and
Welfare, Appellee.
 No. 144, Docket 71-1777. (Reporting Services Requested to
Publish Headnote Only.)
 United States Court of Appeals,
Second Circuit.
 Argued Oct. 19, 1971.
Decided Nov. 10, 1971.
 
 Before MEDINA, MANSFIELD and MULLIGAN, Circuit Judges.
 
 
 1
 Appeal from a judgment of the United States District Court for the Eastern District of New York, Anthony J. Travia, Judge, 329 F.Supp. 636, dismissing a complaint pursuant to Secs. 202(d) and (e) of the Act, 42 U.S.C. Secs. 402(d) and (e), and denying plaintiff's motion for summary judgment.
 
 
 2
 Reversed and remanded with directions that summary judgment be entered in favor of appellant.